AO 440 (Rev. DC - September 2003)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 11/27/07 |
|---|---|
| NAME OF SERVER *(PRINT)* Michael D.J. Eisenberg | TITLE Attorney and co-counsel |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

G  Other (specify):  Certified mail, please see below. _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES USPS Mail - Certified | TOTAL $3.79 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11/27/07                    _~Michael D.J. Eisenberg~_
            ——————————              _Signature of Server_
                 Date

            700 12th Street, NW  STE 700
            Washington, DC  20005

            _Address of Server_

---

**U.S. Postal Service** [TM]
**CERTIFIED MAIL** [TM] **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $1.14 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage | $7.79 |

CARL W.S. CHUN, Director
Army Board for Correction of Military
Records
1901 South Bell Street, 2d Floor
Arlington, Virginia  22202-4508

*Sent To*
*Street, Apt. No.*
*or PO Box No.*
*City, State, ZIP+4*

PS Form 3800, August 2006                    See Reverse for Instructions

OAKTON VA 22124-9998

7006 2760 0002 4504 2447

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.