AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 11/27/07 |
| NAME OF SERVER *(PRINT)* Michael D.J. Eisenberg | TITLE Attorney and co-counsel |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified mail, please see below.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES USPS Mail - Certified | TOTAL $3.79 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/27/07
               Date

*Signature of Server* [signed: Michael D.J. Eisenberg]

700 12th Street, NW  STE 700
Washington, DC  20005

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $1.14 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage | $3.79  11/27/2007 |

Sent To: DEPARTMENT OF THE ARMY
Street, Apt. No or PO Box No.: 101 Army Pentagon
Room No. 3E560
City, State, ZIP: Washington, D.C.  22310-0101

PS Form 3800