AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 11/27/07 |
| NAME OF SERVER (PRINT) Michael D.J. Eisenberg | TITLE Attorney and co-counsel |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  Certified mail, please see below.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES USPS Mail - Certified | TOTAL $3.79 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/27/07
              Date

Signature of Server

700 12th Street, NW  STE 700
Washington, DC  20005

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | 1.14 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & | | 3.79 |

Sent To  THE HON PRESTON M. GEREN, III,
         Secretary of the Army
Street, Apt. No.;
or PO Box No.  101 Army Pentagon
City, State, ZIP+4  Washington, DC 20310-0101

PS Form 3800, August 2006