AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/27/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Michael D.J. Eisenberg | Attorney and co-counsel |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  Certified mail, please see below.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | USPS Mail - Certified | $3.79 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/27/07___     *Michael D.J. Eisenberg*
                Date              Signature of Server

700 12th Street, NW  STE 700
Washington, DC  20005

Address of Server

---

**U.S. Postal Service**
**CERTIFIED MAIL  RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Post | $2.79 |

Postmark Here   VA 22124-9998   NOV 27 2007

Sent To  G.E. VANDERBERG
Street, Apt. Analyst, Reconsideration Team
or PO Box 1901 South Bell Street, 2d Floor
City, State, Arlington, Virginia  22202-4508

PS Form 3800, August 2006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.