AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/27/07 |
| NAME OF SERVER (PRINT)<br>Michael D.J. Eisenberg | TITLE<br>Attorney, Co-Counsel |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): __Sent to each Defendant by certified mail.__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES<br>Certified Mail. | TOTAL<br>9*$3.79=$34.11 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __11/27/07__   _[signature] Michael DJ Eisenberg_
   Date           Signature of Server

700 12th Street, NW   STE 700
Washington, DC   20005
*Address of Server*

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | $1.14 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | | $3.79 |

Postmark OAKTON VA 22124-9998 2007

Sent To: PHYLLIS A. CARRINGTON, Chief Analyst, Client Information & Quality Assurance
Street, Apt. or PO Box: 1901 South Bell Street, 2d Floor
City, State: Arlington, Virginia 22202-4508

PS Form 3800, August 2006   See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.