UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLAND JONES<br>1390 Heatherland Drive<br>Atlanta Georgia 30331<br>Plaintiff<br><br>v.<br><br>Hon. PETE GEREN,<br>Secretary of the Army<br>101 Army Pentagon<br>Room No. 3E560<br>Washington, D.C. 22310-0101,<br><br>ARMY REVIEW BOARDS AGENCY<br>1901 South Bell Street 2nd Floor<br>Arlington, VA 22202-4508<br><br>G.E. VANDERBERG<br>Analyst, Reconsideration Team<br>1901 South Bell Street, 2nd Floor<br>Arlington, Virginia 22202-4508,<br><br>PHYLLIS A. CARRINGTON, Chief Analyst,<br>Client Information & Quality Assurance<br>1901 South Bell Street, 2nd Floor<br>Arlington, Virginia 22202-4508,<br><br>CARL W.S. CHUN, Director<br>Board for Correction of Military<br>Records<br>1901 South Bell Street, 2nd Floor<br>Arlington, Virginia 22202-4508,<br><br>RICK A. SCHWEIGERT, Chief<br>Congressional and Special Actions<br>1901 South Bell Street, 2nd Floor<br>Arlington, Virginia 22202-4508,<br><br>and<br><br>DEPARTMENT OF THE ARMY<br>101 Army Pentagon<br>Room No. 3E560<br>Washington, D.C. 22310-0101<br><br>Defendants | C.A.  07 CV 02041 |

ERRATA RETURN OF SERVICE

Co-counsel filed the wrong return of service form for Defendant Carrington. The correct Return of Service form is attached.

Respectfully Submitted,

LAW OFFICE OF MICHAEL D.J. EISENBERG
ATTORNEY AND COUNSELOR AT LAW

*Michael D.J. Eisenberg*
Michael D.J. Eisenberg
DC Bar Number: 486251
700 12th Street, NW
Suite 700
Washington, DC 20005
O: (202) 558-6371
F: (202) 403-3430
michael@eisenberg-lawoffice.com
Co-Counsel for the Plaintiff
Roland Jones

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11/27/07 |
| NAME OF SERVER (PRINT) Michael D.J. Eisenberg | TITLE Attorney and co-counsel |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified mail, please see below.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES USPS Mail - Certified | TOTAL $3.79 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/27/07
                  Date

Signature of Server

700 12th Street, NW  STE 700
Washington, DC  20005

Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | $1.14 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | | $3.79 |

Sent To: PHYLLIS A. CARRINGTON, Chief Analyst, Client Information & Quality Assurance
Street, Apt. or PO Box: 1901 South Bell Street, 2d Floor
City, State: Arlington, Virginia 22202-4508

PS Form 3800, August 2006        See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.