IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLAND JONES**<br>1390 Heatherland Drive<br>Atlanta, Georgia 30331<br><br>            Plaintiffs,<br><br>     v.<br><br>**HON. PETE GEREN**<br>Secretary of the Army<br>101 Army Pentagon<br>Room No. 3E560<br>Washington, D.C. 22310-0101<br><br>**ARMY REVIEW BOARDS AGENCY**<br>1901 South Bell Street 2nd Floor<br>Arlington, VA 22202-4508<br><br>**G.E. VANDERBERG**<br>Analyst, Reconsideration Team<br>1901 South Bell Street 2nd Floor<br>Arlington, VA 22202-4508<br><br>**CARL W.S. CHUN, Director**<br>Board for Correction of Military<br>Records<br>1901 South Bell Street 2nd Floor<br>Arlington, VA 22202-4508<br><br>**RICK A. SCHWEIGERT, Chief**<br>Congressional and Special Actions<br>1901 South Bell Street 2nd Floor<br>Arlington, VA 22202-4508<br><br>and<br><br>**DEPARTMENT OF THE ARMY**<br>101 Army Pentagon<br>Room No. 3E560<br>Washington, D.C. 22310-0101<br><br>            **Defendants.** | Civil Action No. 07-2041 (PLF) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

                          Respectfully submitted,

                          _____/s/_____
                          BRIAN C. BALDRATE
                          Special Assistant United States Attorney
                          Civil Division
                          555 Fourth St., N.W.
                          Washington, D.C.  20530
                          202-353-9895  / FAX 202-514-8780