AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | December 19, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Michael D.J. Eisenberg | Attorney and Co-counsel |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): USPS Certified Mail/Return Receipt, please see attached below.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | Certified Mail/Return Receipt | $5.94 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 19, 2007    *[Signature]*
             Date                 Signature of Server

700 12th Street, NW
Suite 700
Washington, DC  20005
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    CARL W.S. CHUN, Director
    Board for Correction of Military Records
    1901 South Bell Street 2nd Floor
    Arlington, VA 22202-4508

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): ALAN CHAN
C. Date of Delivery: 27 Dec 07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0003 2128 3139

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(1) As to who may serve