AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 19, 2007 |
| NAME OF SERVER *(PRINT)* Michael D.J. Eisenberg | TITLE Attorney and Co-counsel |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): USPS Certified Mail/Return Receipt, however, green card was not received back. On February 14, 2008, Major Josh Tillman for the US Army waived service since the Secretary of the Army received the complaint. The Secretary received the complaint on December 28, 2002.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES Certified Mail/Return Receipt | TOTAL $5.94 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 19, 2007    *[signature]*
            Date                   Signature of Server

700 12th Street, NW
Suite 700
Washington, DC  20005
*Address of Server*

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

Postage $
Certified Fee $2.—
Return Receipt Fee (Endorsement Required) $2.1—
Restricted Delivery Fee (Endorsement Required) $0.00
Total Postage $5.94    12/19/2007

Sent To: PHYLLIS A. CARRINGTON, Chief Analyst
Street, Apt. No. or PO Box No.: Client Information & Quality Assurance
City, State, ZIP: 1901 South Bell Street 2nd Floor
Arlington, VA 22202-4508

PS Form 3800

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.