IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLAND JONES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2041 (PLF) |
| ) | |
| PETE GEREN, ) | |
| Secretary of the Army, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO FILE A REPLY**

Plaintiff brings this case pursuant to the Administrative Procedures Act (APA), 5 U.S.C. § 701, *et seq*. Defendant respectfully moves this Court for a three (3) day enlargement of time through and including February 22, 2008, within which to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. Good cause exists to grant this motion:

1. Defendant's Reply is presently due February 19, 2008.

2. Defendant has been diligently working on this matter; however, Defendant needs additional time to address the factual and legal arguments raised by Plaintiff in his Opposition.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. Plaintiff's counsel consents to the enlargement.

For these reasons, Defendant requests that the Court grant its Motion for Enlargement of Time Within Which to file a Reply. A proposed order is included with this Motion.

Respectfully submitted,

_____/s_____

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney


_____/s_____
BRIAN C. BALDRATE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895

2

Case 1:07-cv-02041-PLF    Document 24    Filed 02/15/2008    Page 3 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLAND JONES | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-2041 (PLF) |
| | ) |
| PETE GEREN, | ) |
| Secretary of the Army, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Defendant's Consent Motion for an Enlargement of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including February 22, 2008, to reply to plaintiff's opposition.

Dated this _____ day of _____, 2008.

_____
PAUL L. FRIEDMAN
United States District Judge