UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLAND JONES,  )  <br> )  <br> Plaintiff,  )  <br> )  <br> v.  )  <br> )  <br> PETE GEREN, Secretary of the Army, et al.,  )  <br> )  <br> Defendants.  )  <br> ) | Civil Action No. 07-2041 (PLF) |

ORDER

For the reasons set forth in the Memorandum Opinion issued this same day, it is hereby

ORDERED that defendants' motion to dismiss plaintiff's complaint [14] is GRANTED; it is

FURTHER ORDERED that this case is DISMISSED based on the doctrine of res judicata; it is

FURTHER ORDERED that all other pending motions are denied as moot. The Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

_/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 23, 2009